The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> SEATTLE SWEEPING, INC., a Washington corporation, <br><br> Defendant. | Case No. 2:22-CV-00157- JLR <br><br> ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND FOR PARTIES TO CONDUCT A 26(f) CONFERENCE, EXCHANGE INITIAL DISCLOSURES, AND FILE THE JOINT STATUS REPORT AND DISCOVERY PLAN |

Considering the parties' Stipulated Motion for an Extension of Time for Defendant to Respond to Plaintiff's Complaint, the Parties to conduct a 26(f) Conference, the Parties to Exchange Initial Disclosures, and the Parties to File the Joint Status Report and Discovery Plan, the Court being sufficiently advised:

IT IS ORDERED that the MOTION be granted and that the deadline for Defendant to respond to Complaint is extended to June 8, 2022, the deadline for parties to conduct the FRCP 26(f) Conference is extended to June 10, 2022, the deadline for the Parties to Exchange Initial Disclosures is extended to June 30, 2022, and the deadline for the parties to file the Joint Status Report and Discovery Plan is extended to and including July 1, 2022.

IT IS SO ORDERED.

DATED this 9th day of May, 2022.

                                                            Honorable James L. Robart
                                                            United States District Judge

*Presented by*:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By: *s/Russell J. Reid*
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com
Attorney for Plaintiff