THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

Plaintiff,

v.

SEATTLE SWEEPING, INC., a
Washington corporation,

Defendant.

NO.   2:22-CV-00157-JLR

STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Kaitlin M. Miller and Jeffrey M. Grieff of Jeffrey M. Grieff, P.S. and Christopher Thayer of Pivotal Law Group, attorneys for Defendant, Seattle Sweeping, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

//

//

//

//

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

DATED this _23rd_ day of May, 2022.

REID, McCARTHY, BALLEW & LEAHY
L.L.P.


_____s/Russell J. Reid_____
Russell J. Reid, WSBA #2560
100 West Harrison Street
North Tower, Suite 300
Seattle WA 98119
Tel. No. (206) 285-0464
Fax: (206) 285-8925
Email:  rjr@rmbllaw.com

Attorney for Plaintiff

JEFFREY M. GRIEFF, P.S.


_[signature]_
Kaitlin M. Miller, WSBA #58253
Jeffrey M. Grieff, WSBA #6418
1200 5th Avenue, Suite 1217
Seattle WA 98101
Tel. No. (206) 467-6969
Fax: (206) 467-6738
Emails:  Kaitlin@jmg-law.com
              jgrieff@jmg-law.com
Attorneys for Defendant


PIVOTAL LAW GROUP


_[signature]_
Christopher Thayer, WSBA #23609
1200 5th Avenue, Suite 1217
Seattle WA 98101
Tel. No. (206) 340-2008
Fax:  (206) 340-1962
Email:  cthayer@pivotallawgroup.com
Attorney for Defendant


## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall

be and is hereby dismissed with prejudice and that each party shall bear its own

attorneys' fees and costs of suit.

//

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – 2:22-cv-00157-JLR
Page 2 of 3

ORDER ENTERED this 24th day of ____May____, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted for Entry:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By: ____s/Russell J. Reid____
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Fax:  (206) 285-8925
Email:  rjr@rmbllaw.com
Attorney for Plaintiff

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – 2:22-cv-00157-JLR
Page 3 of 3

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925